### LAMB contᵃ WILLIAMS

Joshua Lamb for himselfe and as Attourny to Benjⁿ Walker &cᵃ plaint. contᵃ John Williams Defendᵗ according to Attachmᵗ The plaint. withdrew his Action.

### THACHER contᵃ THACHER

Margaret Thacher Relict & Admˣ of the Estate of the Revᵈ mʳ Tho: Thacher deceᵈ plaint. contᵃ Tho: Thacher Ralph Thacher & Peter Thacher Defendᵗˢ The plaint. withdrew her Accion.

### FISKE &cᵃ contᵃ RAWSON

Thomas Fiske and Thomas Patch Guardians to William Rogers son of William Rogers formerly of Boston plaintˢ contᵃ William Rawson Admʳ to the Estate of William Snelling (in behalfe of Margaret his daughter and Ann Davenport his Sister) Defendᵗ in an accion of the case for witholding one hundred thirty Six pound nineteen Shillings six pence being his part of his sᵈ Father William Rogers his Estate in the hands of William Snelling according to Inventory and the Courts Setlemᵗ of sᵈ Estate, with damages: . . . The Iury . . . found for the plaintˢ Fifty one pounds ten Shillings in money and Eighty five pounds nine Shillings six pence in such Specie as the Estate was or is in & costs of Court. Forty five Shillings ten pence
Execution issued 2. Decembʳ 1679.

[ See Settlement of Snelling's estate, below, p. 1103.]

### SAFFIN contᵃ ALBOROUGH

John Saffin plaint. contᵃ Capᵗⁿ John Alborough Defendᵗ according to Attachmᵗ The plaint. withdrew his Action.  [ **614** ]

### HARRIS contᵃ YEALES

Richard Harris plaint. contᵃ Timothy Yeales Defendᵗ according to Attachmᵗ The plaint. withdrew his Action.

### HARRIS contᵃ YEALES

Richard Harris plaint. contᵃ Timothy Yeales Defendᵗ according to Attachmᵗ The plaint. withdrew his Action.